AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Anthony Glenn James, |   |
|---|---|
| *Plaintiff* |   |
| v. | Civil Action No.  2:20-cv-04228-TMC |
| Ashley Wright *9th Circuit Ass. Solicitor*; Scarlett A. Wilson *9th Circuit Solicitor also known as Scarlett Wilson*; N.C.P.D. Sgt. Scott Perry *Police Officer*; John Burnett; Keith Hair; K. Jenkins *(NCPD) Police Officer also known as Kenyatta Jenkins*, |   |
| *Defendants* |   |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Anthony Glenn James, shall take nothing of the defendants, Ashley Wright *9th Circuit Ass. Solicitor*, Scarlett A. Wilson *9th Circuit Solicitor also known as Scarlett Wilson*, N.C.P.D. Sgt. Scott Perry *Police Officer*, John Burnett, Keith Hair and K. Jenkins *(NCPD) Police Officer also known as Kenyatta Jenkins* and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   January 12, 2021                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                            s/L. Baker

                                                                           *Signature of Clerk or Deputy Clerk*